# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1999
Lower Tribunal No. 2019-DR-002862

_____

P.E.S., JR.,

Appellant,

v.

T.Y.G.,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and BROWNLEE, JJ., concur.

P.E.S., Jr., Frostproof, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED